Kurt L. Schultz
Vincent A. Sama
Winston & Strawn
200 Park Avenue
New York, New York 10166
Tel: 212-294-6700
Fax: 212-294-4700

**FILED**
JUN 14 2002
AT 8:30 ............. M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------x
SHIRE US INC.,                                   :    Case No. 02-2023 (JAP)
                                                 :
          Plaintiff,                             :
                                                 :
- against -                                      :
                                                 :    DECLARATION OF
BARR LABORATORIES, INC.,                         :    BRIAN J. MCCARTHY
                                                 :
          Defendant.                             :
------------------------------------------------x

BRIAN J. MCCARTHY hereby declares, under penalty of perjury, that the following statements are true and correct:

1.   I am associated with the firm of Winston & Strawn, the attorneys for defendant Barr Laboratories, Inc. ("Barr") in this action. I submit this declaration in opposition to plaintiff Shire US Inc.'s ("Shire") Motion for a Preliminary Injunction.

2.   Attached hereto is a true and correct copy of Defendant's Exhibit 1 is Defendant's First Request for the Production of Documents.

Signed under Penalties of perjury this 13th day of June, 2002.

_____
Brian J. McCarthy